FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-12-00522-CV

Dionisio G. **TORRES** d/b/a Torres Design & Construction, Torres Design & Construction, Inc.,
and Torres Construction,
Appellants

v.

Leticia **HAYNES,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVF001094-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

The appellant's "Motion for Leave to File Motion for Sanctions and A Reply to Appellee's Response" is GRANTED. The appellant's motion for sanctions is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court